■ DARLTON CLARKE et al., Respondents, v CITY OF SYRACUSE et al., Appellants. [879 NYS2d 764]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered March 27, 2008 in a personal injury action. The order, insofar as appealed from, denied the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.